United States Bankruptcy Court
Northern District of Ohio

In re:     Case No. 23-60709-maw
Toni Jo Clark     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-6     User: aprib     Page 1 of 1
Date Rcvd: Jun 28, 2023     Form ID: 233     Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Toni Jo Clark, 514 S. Center St., New Washington, OH 44854-9711 |
| cr | + | Directions Credit Union, Directions Credit Union, 200 N. St. Clair Street, Toledo, OH 43604-1524 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony J. DeGirolamo, Trustee - Mansfield | tony@ajdlaw7-11.com ad@trustesolutions.com;amber@ajdlaw7-11.com;AD07@trustesolutions.net |
| Jonathon Carl Elgin | on behalf of Debtor Toni Jo Clark jc@jcelgin.com bankruptcy@jcelgin.com |
| Thomas J. Kelley | on behalf of Creditor Directions Credit Union tkelley@snlaw.com jcole@snlaw.com |

TOTAL: 3

Northern District Of Ohio  
United States Bankruptcy Court  
Ralph Regula U.S. Courthouse  
401 McKinley Avenue SW  
Canton, OH 44702  
**Case No. 23−60709−maw**

**In re:**
    Toni Jo Clark  
    **Aka** −Toni J Kirgis  
    514 S. Center St.  
    New Washington, OH 44854

**Social Security No.:**
    xxx−xx−8868

**NOTICE OF PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY**

Directions Credit Union filed papers with the Court requesting relief from stay & abandonment re: 2014 GMC Terrain. The preliminary hearing will not be held absent a response being filed with the Court..

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion requested, or if you want the Court to consider your views on the Motion, then on or before July 12, 2023 you or your attorney must:

**File with the court a written response at:**  
United States Bankruptcy Court  
Ralph Regula U.S. Courthouse  
401 McKinley Avenue SW  
Canton, OH 44702

If you mail your request/response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

**You must also mail a copy to:**

**Trustee**  
Anthony J. DeGirolamo, Trustee − Mansfield  
3930 Fulton Drive NW, Suite 100B  
Canton, OH 44718

| | |
|---|---|
| **Debtor's Attorney**<br>Jonathon Carl Elgin<br>JC Elgin Co., LPA<br>6 Water St.<br>Shelby, OH 44875 | **Movant's Attorney**<br>Thomas J. Kelley<br>900 Adams Street<br>Toledo, OH 43604 |

**And attend the hearing scheduled for:**  
Monday, July 24, 2023 at 1:30pm  
U.S. Bankruptcy Court − Courtroom  
401 McKinley Ave. SW, Canton, OH 44702

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**Dated:** June 28, 2023                                                                               For the Court  
Form ohnb233                                                                                Josiah C. Sell, Clerk